

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

March 7, 2024

VIA ECF
The Honorable Jesse M. Furman, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

  Re: Minyety v. TCK Sankar LLC and Timrajh Sankar, 1:23-cv-9930 (JMF)

Dear Judge Furman:

  This firm represents the Plaintiff. We submit this letter on behalf of all parties to respectfully request the March 12, 2024, 9:00 a.m., Initial Pretrial Conference be adjourned *sine die* to allow time for settlement discussions to occur.

  The parties have engaged the highly-regarded mediator Jim Brown to mediate a class-wide resolution, with the mediation scheduled for April 15. The parties accordingly make this request to conserve the Court's and parties' resources. The parties further suggest, subject to the Court's approval, that the parties will update the Court after the April 15 mediation on whether it was successful, if the parties require more time to reach a resolution or if settlement looks unlikely and the conference should be rescheduled.

  This is the second request to adjourn this conference, with the first request being granted due to extending Defendants' responsive pleading deadline. (Doc. No. 12). This request, if granted, would not affect any other dates or deadlines. We appreciate the Court's consideration of this request.

         Respectfully submitted,
         LIPSKY LOWE LLP


         s/ Douglas B. Lipsky
         Douglas B. Lipsky

CC: Richard Ziskin (Via ECF)

The initial pretrial conference scheduled for March 12, 2024, is hereby ADJOURNED until **May 7, 2024**, at **9:00 a.m.** The parties shall file a joint letter informing the Court of the outcome of mediation no later than **April 16, 2024**. The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

March 7, 2024