UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN MINYETY, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TCK SANKAR LLC AND TIMRAH SANKAR, Jointly and Severally,<br><br>Defendants. | ECF CASE<br><br>No.: 1:23-cv-09930-JMF<br><br>[PROPOSED] CONDITIONAL CERTIFICATION AND NOTICE ORDER |

WHEREAS on November 9, 2023, Plaintiff Jonathan Minyety filed a putative class and collective action complaint under federal and state wage and hour laws on behalf of herself and similarly situated individuals;

WHEREAS on May 23, 2024, Plaintiff filed a motion to (i) conditionally certify the collective action under the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 216(b), (ii) to authorize notice to the putative collective action members, and (iii) to equitably toll the statute of limitations (the "Motion"); and

IT IS HEREBY ORDERED THAT:

1)      A collective action of the following individuals is conditionally certified: All persons whom Defendants employ and have employed as painters, plasterers, floorers or in similar construction worker positions at any time since May 23, 2020 to the entry of judgment in this case. ("Collective Action Members").

2)      The Collective Action Notice and Consent to Become A Party Plaintiff form (collectively the "Collective Action Notice Package"), attached hereto as Exhibits A and B, are approved and Plaintiff is authorized to distribute them to the Collective Action Members.

3)      Defendants shall produce to Plaintiff within ten (10) days of this Order, in electronic, native format (i.e., Excel spreadsheet), all names, employment dates, job titles, mailing addresses, email addresses and telephone numbers (including, land lines and mobile) in Defendants' custody or control for the Collective Action Members (the "Collective Action Mailing List").

4)      Plaintiff shall mail the Collective Action Notice Packages within twenty (20) days of receiving the complete Collective Action Mailing List from Defendants;

5)      Beginning from the date the Collective Action Notice Packages are mailed, the Collective Action Members shall have sixty (60) days to email, fax or mail (with the post-mark being the determinative date) their Consent to Become a Party Plaintiff form to Plaintiff (the "Opt-In Period"). Plaintiff shall promptly file any such form ~~be responsible for filing these forms~~ with the Clerk of Court.

6)      Within ten (10) days of entry of this Order and until the last day of the Opt-in Period, Defendants shall conspicuously post in their workplace a full and correct copy of the Collective Action Notice Package.  At a minimum, Defendants will post the Collective Action Notice Package where it posts other mandatory employment-related posters. ~~And~~

7) ~~The statute of limitations for the Collection Action Members' FLSA claims will be equitably tolled from May 23, 2023 to the date of mailing of the Collective Action Notice Package.~~

SO ORDERED.

Dated_____July 22___, 2024
New York, New York

_____
Hon. Jesse M. Furman, U.S.D.J.

-3-

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**If you are or were a painter, plasterer, floorer or in a similar construction worker position and employed by TCK Sankar LLC and Timrajh Sankar on or after May 23, 2020, a lawsuit may affect your rights.**

*This is a Court-authorized notice. This is not a solicitation from a lawyer.*

A federal judge from the United States District Court for the Southern District of New York has authorized this notice to be mailed to you. This notice is to inform you that a former employee of TCK Sankar has filed a lawsuit against the company and its owner, claiming they violated federal and New York law by failing to lawfully pay their employees. You are receiving this notice because you may be able to join this lawsuit against the company, and because this lawsuit may affect your legal rights.

The Court has not decided whether the Defendants did anything wrong. There is no money available now, and no guarantee there will be any. Your legal rights may, however, be affected by this lawsuit, and you have a choice to make.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| If you <u>want to join</u> the lawsuit and assert your federal claim against the Defendants for unpaid overtime | You must fill out the enclosed "Consent To Become Party Plaintiff" form and return it by [INSERT DATE]. By doing so, you are "opting-in" to the Collective Action.<br><br>By becoming a member of the Collective Action, you are protecting your ability to recover unpaid wages under federal law that may come from a trial or a settlement in this lawsuit.<br><br>You are also authorizing the Named Plaintiff to make decisions about this lawsuit on your behalf.<br><br>You are further agreeing to be bound by the decisions of the Court in this litigation, whether favorable or unfavorable, and you may have additional obligations in this case. |
| If you do <u>NOT</u> want to join the lawsuit at this time | Do nothing. If you do not join the lawsuit, you will not be part of the federal claims portion of this case and will not be bound by or affected by the result. |

| 1. | **What is this lawsuit about?** |
|---|---|

On November 9, 2023, Plaintiff Jonathan Minyety filed the lawsuit against TCK Sankar LLC and Timrajh Sankar in the United States District Court for the Southern District of New York on behalf of all painters, plasterers, floorers or other construction workers and other individuals in comparable positions they have employed since November 9, 2020. The lawsuit is captioned *Jonathan Minyety, individually and on behalf of all other persons similarly situated v. TCK Sankar and Timrajh Sankar*, Case No. 1:23-cv-09930-JMF.

He alleges the Defendants violated the federal <u>Fair Labor Standards Act</u> ("FLSA") by failing to pay overtime premium pay and further alleges they violated the <u>New York Labor Law</u> by (i) failing to pay overtime, (ii) failing to provide the Notice and Acknowledgement of Payrate and Payday under N.Y. Lab. Law § 195.1, and (iii) failing to provide an accurate wage statement under N.Y. Lab. Law § 195.3 with every wage payment. ide the "Notice and Acknowledgement of Pay Rate and Payday" when hired, and (vi) failing to provide a wage statement with each wage payment that accurately lists the hours worked and wages received. The lawsuit seeks from the Defendants the unpaid wages, liquidated damages, statutory penalties, interest, and attorneys' fees and expenses.

Defendants deny the allegations and that they are liable for any of the relief sought.

The FLSA claims have a 2-year statute of limitations, 3 years if "willfulness" is established; the Labor Law claims have a six-year statute of limitations. Although Labor Law claims are part of this lawsuit, this particular notice relates only to the FLSA claims.

| 2. | **Why did I get this notice?** |
|---|---|

The Court has determined that a group of individuals may have similar claims under the FLSA: unpaid overtime. This ruling by the Court is called "conditionally certifying the collective action." The group of individuals who have these potential claims is referred to as the "Collective Action Members." The Court has taken no position in this case regarding the merits of Plaintiff's claims or of any defenses that the Defendants may assert.

You are receiving this notice because, according to Defendants' records, you might fit the criteria to be a Collective Action Member.

| 3. | **How do I know if I am a Collective Action Member?** |
|---|---|

You may be a member of the FLSA collective action if you meet these criteria: Defendants employed you as a painter, plasterer, floorer or in a similar construction worker position at any time since May 23, 2020.

| 4. | **What is a collective action?** |
|---|---|

Like a class action, in a collective action lawsuit, one or more individuals sue on behalf of others who have similar claims. In this case, the Named Plaintiff brought a collective action under the FLSA against TCK Sankar LLC and the individual defendant. The main difference between a class action and a collective action is that you are not automatically included in the FLSA collective action.  If you want to be included in the collective action, you must follow the steps described below in Paragraph 5.

| 5. | **How do I join the collective action?** |
|---|---|

If you fit the criteria of a Collective Action Member, which is described above in Paragraph 3, you may join this case (that is, you may "opt-in") by completing and emailing, faxing or mailing the attached "Consent to Become Party Plaintiff" form in the provided pre-paid, self-addressed envelope to Plaintiff's Counsel:

> LIPSKY LOWE LLP
> Douglas B. Lipsky, Esq.
> 420 Lexington Avenue, Suite 1830
> New York, New York 10170-1830
> Fax:  212.444.1030
> Email:  doug@lipskylowe.com

The form must be faxed, emailed or mailed and post-marked on or before [INSERT DATE]. If you fail to fax, email or mail the Consent to Become Party Plaintiff form on or before this deadline, you may not be able to participate in this lawsuit.

Federal law permits you to join this lawsuit and share in any recovery regardless of your immigration status. You will not be asked to disclose whether you are a citizen or have a green card in order to participate in this collective action.

| 6. | **What is the effect of joining the collective action?** |
|---|---|

If you choose to join in this case, you will be bound by the judgment, whether it is favorable or unfavorable. If you choose to join this case, you may be required to participate in written discovery, provide documents, submit to a deposition, and testify at trial.

The attorney for the collective action plaintiffs is being paid on a contingency fee basis, which means there will be no attorneys' fee if there is no recovery. If there is a recovery, the attorney for the collective action will receive a part of any settlement obtained or money judgment entered in favor of all Collective Action Members. If you sign and return the Consent to Become Party Plaintiff form attached to this Notice, you are agreeing to designate the Named Plaintiff as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel on attorneys' fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made

and entered into by the Named Plaintiff will be binding on you if you join this lawsuit.

| 7. | **How do I stay out of the lawsuit?** |
|---|---|

If you do not wish to be part of the lawsuit, you do not need to do anything. If you do not join the lawsuit, you will not be part of the federal claims portion of this case in any way and will not be bound by or affected by the result (whether favorable or unfavorable). Your decision not to join this case will not affect your right to bring a similar case on your own at a future time. However, claims under the FLSA must be brought within 2 years of the date the claim accrues, unless the employer's violation of the law was "willful," in which case the claim must be brought within 3 years.

| 8. | **Can TCK Sankar LLC or Timrajh Sankar retaliate against me for joining the lawsuit?** |
|---|---|

**NO.** Federal law prohibits the company from discharging or in any other manner retaliating against you because you "opt-in" to this case, or have in any other way exercised your rights under the FLSA. This means the company cannot fire you, demote you, reduce your hours, reduce your pay, delay paying you or take any other action against you because you join this case. If they do, you should contact Plaintiff's counsel, whose information is provided below in Paragraph 9, or counsel of your own choosing.

| 9. | **Who is my lawyer in this lawsuit?** |
|---|---|

If you choose to join this suit, and agree to be represented by the Named Plaintiff through his attorney, your counsel in this action will be:

> Douglas B. Lipsky, Esq.
> Lipsky Lowe LLP
> 420 Lexington Avenue, Suite 1830
> New York, New York 10170-1830
> Phone:  212.392.4772
> Fax:    212.444.1030
> Email:  doug@lipskylowe.com
> Web:   www.lipskylowe.com
>
> *Se habla español.*

You can, alternatively, join this lawsuit by counsel of your own choosing whom you may have to pay. If you do so, your attorney must file with the Court an "opt-in" consent form by [INSERT DATE].

Page 4 of 5

**10.    Who is the lawyer for the Defendants?**

The counsel for Defendants is:

> Richard B. Ziskin, Esq.
> The Ziskin Law Firm, LLP
> 6268 Jericho Tpke., Suite 12A
> Commack, NY 11725
> Phone: 631-462-1417
> Fax: 631-462-1486
> Email: richard@ziskinlawfirm.com

**11.    Where do I get additional information about this lawsuit?**

Further information about this Notice, the deadline for filing a Consent to Become Party Plaintiff, or answers to questions concerning this lawsuit may be obtained by writing or phoning Plaintiff's Counsel at the telephone number and address stated above in Paragraph 9.

You should <u>not</u> call the Court with your questions.

Dated: _____, 2024

BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN MINYETY, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TCK SANKAR LLC AND TIMRAJH SANKAR, Jointly and Severally,<br><br>Defendants. | ECF CASE<br><br>No.: 1:23-cv-9930-JMF |

## CONSENT TO BECOME PARTY PLAINTIFF

By signing below, I hereby authorize the filing and prosecution of the above styled Fair Labor Standards Act action in my name and on my behalf by the Named Plaintiff and so designate the collective class representative as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with the Named Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____         _____
Printed Name                                               Signature

_____         _____
Street Address                                             Telephone

_____         _____
City, State, Zip code                                     Date

_____
Email Address

**PLEASE RETURN THIS FORM FOR FILING WITH THE COURT BY [INSERT DATE] TO**:

Lipsky Lowe LLP*
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
Phone: 212.392.4772.
Fax: 212.444.1030
Email: doug@lipskylowe.com

If you have questions, please contact Doug Lipsky at 212.392.4772.