UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JONATHAN MINYETY, *individually and on behalf of*  :
*all other persons similarly situated*,   :
:
                        Plaintiff,      :      23-CV-9930 (JMF)
:
          -v-                              :          ORDER
:
TCK SANKAR LLC and TIMRAJH SANKAR,   :
:
                       Defendants.    :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's November 8, 2024 Order, *see* ECF No. 48, the parties were required to file a joint letter, the contents of which are described therein, no later than December 3, 2024. To date, the parties have not filed such a letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 9, 2024**.

       SO ORDERED.

Dated: December 4, 2024                          _____
       New York, New York                           JESSE M. FURMAN
                                                     United States District Judge