

Frank J. Tantone

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 917.594.5561
frank@lipskylowe.com

www.lipskylowe.com

March 24, 2025

VIA ECF
The Honorable Jesse M. Furman, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: Minyety v. TCK Sankar LLC and Timrajh Sankar, 1:23-cv-9930 (JMF) (JEW)

Dear Judge Furman:

This firm represents Plaintiff Minyety and FLSA Opt-in Plaintiff Juan Carlos Roa Castillo. We submit this request jointly with Defendants for an extension to the deadline for submission of a Joint Pretrial Order and accompanying attachments under Rule 6 of Your Honor's Individual Rules and Practices. This is the parties' second request for an extension.

After the first request for an extension, the deadline for submission of these materials was set for the earlier of today, March 24, 2025, or 30 days after the settlement conference. Dkt. No. 56. However, after the parties conferred amongst themselves and with Magistrate Judge Willis and her staff, a settlement conference is now scheduled for March 31, 2025. As a result, the parties jointly request an extension to the deadline to submit the JPTO and attachments to 30 days after the settlement conference, April 30, 2025. The parties will inform the Court of the outcome of the conference as well.

We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

FRANK J. TANTONE, ESQ.

CC: All Counsel of Record (Via ECF)

Application GRANTED.  The parties should not expect any further extensions.  The Clerk of Court is directed to terminate ECF No. 57.

SO ORDERED.

March 25, 2025