UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JONATHAN MINYETY, *individually and*
*on behalf of all other persons similarly situated,*

                Plaintiff,                **ORDER**

       -against-                      **23-CV-9930 (JMF) (JW)**

TCK SANKAR LLC and TIMRAJH SANKAR,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A pre-settlement conference was held on March 25, 2025. At the conclusion of the conference, the Court found that a settlement conference would not be productive. The settlement conference currently scheduled for March 31, 2025 is *adjourned sine die*. With discovery complete, the parties are directed to reach out to Judge Furman by March 28, 2025.

      SO ORDERED.

DATED:    New York, New York
               March 25, 2025

                                                               JENNIFER E. WILLIS
                                                               United States Magistrate Judge