UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                                :

JOHNATHAN MINYETY, individually and on behalf of all other persons similarly situated

                Plaintiff,

-v-

TCK SANKAR LLC and TIMRAJH SANKAR,

                Defendants.

------------------------------------------------------------------X

23-CV-9930 (JMF)

<u>SCHEDULING ORDER</u>

JESSE M. FURMAN, United States District Judge:

      Plaintiff's Letter Motion to adjourn the final pretrial conference and trial date, ECF No. 64, is GRANTED. The final pretrial conference is hereby adjourned to **July 23, 2025, at 10:00 a.m.**, in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.** The trial is adjourned to **July 29, 2025**, at **9:00 a.m.** Counsel should familiarize themselves with the Court's Individual Rules and Practices for Trials, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      **The trial date should be treated as a firm date.** The parties are advised that the trial date will not be adjourned on account of a settlement in principle; put differently, unless the parties (1) file a stipulation of dismissal or settlement or (2) appear in person to put the material terms of a settlement on the record (and the Court approves the settlement to the extent that such approval is required), the parties should be prepared to go to trial as scheduled. The Clerk of Court is directed to terminate ECF No. 64.

      SO ORDERED.

Dated: May 12, 2025
       New York, New York

                                                                 JESSE M. FURMAN
                                                              United States District Judge