```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
JOHNATHAN MINYETY, individually and on behalf of              :
all other persons similarly situated,                         :
                                                              :         23-CV-9930 (JMF)
                                    Plaintiff,                :
                                                              :             ORDER
              -v-                                             :
                                                              :
TCK SANKAR LLC and TIMRAJH SANKAR,                            :
                                                              :
                                    Defendants.               :
                                                              :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Trial in this case is scheduled to begin on **July 29, 2025**.  *See* ECF No. 67.  IT IS HEREBY ORDERED that the final pretrial conference, previously scheduled for **July 23, 2025**, is RESCHEDULED to **July 21, 2025**, at **10:00 a.m.** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.  **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

The parties are reminded that **the trial date is a firm date.**  *See id.*  Thus, the trial date will not be adjourned on account of a settlement in principle; put differently, unless the parties (1) file a stipulation of dismissal or settlement or (2) appear in person to put the material terms of a settlement on the record (and the Court approves the settlement to the extent that such approval is required), the parties should be prepared to go to trial as scheduled.

Finally, in the proposed Joint Pretrial Order, which was filed on May 2, 2025, Defendants state that they "intend to file a motion in limine to preclude Plaintiffs from offering" two witnesses at trial on the ground that Plaintiffs failed to disclose them in their initial disclosures.  ECF No. 62, at 8 n.1.  The Case Management Plan and the Court's Individual Rules, however,

require any motions *in limine* to be filed concurrently with the proposed Joint Pretrial Order. *See* Individual Rules and Practices in Civil Cases 6(B)(i); *see* ECF No. 26, ¶ 14 (providing that motions *in limine* "must be made at or before the time of the Joint Pretrial Order). Accordingly, Defendants have forfeited the right to file any motions *in limine*, and the Court will not preclude Plaintiffs from calling the two witnesses on the ground that they were not disclosed in Plaintiffs' initial disclosures.

    SO ORDERED.

Dated: June 30, 2025
       New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge