UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN MINYETY, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TCK SANKAR LLC AND TIMRAJH SANKAR, Jointly and Severally,<br><br>Defendants. | ECF CASE<br><br>No.: 1:23-cv-9930 (JMF)<br><br>PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT |

To:   Richard B. Ziskin
　　　Suzanne H. Ziskin
　　　The Ziskin Law Firm, LLP
　　　6268 Jericho Turnpike, Suite 12a
　　　Commack, NY 11725
　　　(631)-462-1417
　　　Fax: (631)-462-1486
　　　richard@ziskinlawfirm.com
　　　suzanne@ziskinlawfirm.com
　　　*Attorneys for Defendants*

　　　Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Jonathan Minyety and Juan Carlos Roa Castillo, through their undersigned counsel, hereby accept and provide notice that they have accepted Defendants' Officer of Judgment to Plaintiffs dated July[27 _], 2025, attached hereto as Exhibit A.

Dated: July 27_, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*Douglas Lipsky*
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Douglas Lipsky, Esq.
　　　　　　　　　　　　　　　　　　　　　　LIPSKY LOWE LLP
　　　　　　　　　　　　　　　　　　　　　　420 Lexington Avenue, Suite 1830
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10170-1830
　　　　　　　　　　　　　　　　　　　　　　doug@lipskylowe.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN MINYETY, Individually and on behalf of all other persons similarly situated,

        Plaintiff,

v.

TCK SANKAR LLC AND TIMRAJH SANKAR, Jointly and Severally,

        Defendants.

ECF CASE

No.: 1:23-cv-9930 (JMF)

RULE 68 OFFER OF JUDGMENT

TO:    Douglas Lipsky, Esq.
        LIPSKY LOWE LLP
        420 Lexington Avenue, Suite 1830
        New York, NY 10170-1830
        Email: doug@lipskylowe.com
        *Attorneys for Plaintiff*

Pursuant to Federal Rule of Civil Procedure 68, Defendants TCK Sankar LLC and Timrajh Sankar, hereby offer to allow judgment to be taken against each of them jointly in this action in the amount of $10,000.00, which is inclusive of all attorneys' fees, all costs, and other damages of any kind sought by Plaintiffs in this action.

In exchange for this offer, Plaintiffs Jonathan Minyety and Juan Carlos Roa Castillo will release, and forever discharge, Defendants, and their officers, agents, and employees from all claims and damages stated in the Complaint and any and all claims and damages that could have been stated in the Complaint.

This offer of judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that Defendants are liable in this action or that the Plaintiffs have suffered any damages.

Dated: July 27, 2025

Respectfully submitted,

*Richard B. Ziskin*
_____
Richard B. Ziskin
Suzanne H. Ziskin
The Ziskin Law Firm, LLP
6268 Jericho Turnpike, Suite 12a
Commack, NY 11725
(631)-462-1417
Fax: (631)-462-1486
richard@ziskinlawfirm.com
suzanne@ziskinlawfirm.com

Doc1D:0a9ae1686ad3b9ddb50367c425262e715a1e33f0