**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHNATHAN MINYETY, individually
and on behalf of all other persons similarly
situated,

                Plaintiff,

    -against-

TCK SANKAR LLC and TIMRAJH
SANKAR,

               Defendants.
-----------------------------------------------------------X

23 **CIVIL** 9930 (JMF)

**JUDGMENT**

It is **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memo Endorsement dated July 28, 2025, Plaintiffs Jonathan Minyety and Juan Carlos Roa Castillo have judgment in the amount of $10,000.00 as against the Defendants TCK Sankar LLC and Timrajh Sankar,.

**Dated:**  New York, New York
         July 29, 2025

                                              **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                    **BY:**

                                                **Deputy Clerk**